IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03142-WYD-MJW

JOHNTHEW "REMY" HARRIGAN,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Joint Stipulated Motion for Protective Order (docket no. 12) is GRANTED finding good cause shown.  The written protective order (Docket No. 12-1) is APPROVED and made an Order of Court.

Date:  March 19, 2012