IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-03142-WYD-MJW

JOHNTHEW "REMY" HARRIGAN, an individual,

   Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation,

   Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal with Prejudice filed May 2, 2012.  The motion seeks a dismissal of the case as a result of a settlement between the parties.  Having carefully reviewed the motion and file, it is

ORDERED that the Joint Motion for Dismissal with Prejudice (ECF No. 20) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

   Dated:  May 7, 2012

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge